## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

YVONNE STULL, individually, and on behalf
of a class of others similarly situated,

                                    **Plaintiff,**

    v.

KRAFT FOODS GLOBAL, INC. d/b/a
COLUMBIA FOODS COMPANY,

                                    **Defendant.**

Case No. 2:09-CV-04187-NKL

## PLAINTIFF'S MOTION FOR APPROVAL OF
## ATTORNEYS' FEES, COSTS, AND SERVICE AWARD

Pursuant to the Court's May 5, 2010 Order (Doc. No. 26), the parties' settlement agreement (Doc. No. 24-1) and Federal Rules of Civil Procedure 23(h) and 54(d), class counsel hereby submit their Unopposed Motion for Approval of Attorneys' Fees, Costs and Service Award. Class counsel for Plaintiff seeks an award of attorneys' fees and reimbursement of expenses for a total of $68,310.00 and payment of a service award of $3,000 to the class representative Yvonne Stull. Class counsel, with assistance from the class representative, delivered a favorable result to the class. The work and effort of class counsel and the class representative, which significantly benefitted all class members, should be fairly rewarded.

WHEREFORE, for the reasons set forth above, and as more fully set forth in Plaintiff's accompanying Memorandum and Exhibits in Support, Plaintiff respectfully requests that the Court grant her Motion for Approval of Attorneys' Fees, Costs and Service Award, and enter an Order:

1.     granting approval of class counsel's attorneys' fees and expenses in the amount of $68,310.00;

2.      granting approval of a service award of $3,000 to the class representative; and

3.      granting any other relief the Court deems just and proper.


Dated:   October 7, 2010                                    Respectfully submitted,

                                                            **STUEVE SIEGEL HANSON LLP**

                                                            */s/ Virginia Stevens Crimmins*
                                                            George A. Hanson MO Bar # 43450
                                                            Email: hanson@stuevesiegel.com
                                                            Virginia Stevens Crimmins MO Bar # 53139
                                                            Email:  crimmins@stuevesiegel.com
                                                            Ashlea G. Schwarz MO Bar # 60102
                                                            Email:  ashlea@stuevesiegel.com
                                                            460 Nichols Road, Suite 200
                                                            Kansas City, Missouri 64112
                                                            Tel:  816-714-7100
                                                            Fax:  816-714-7101

                                                            **ATTORNEYS FOR PLAINTIFF**


                                    **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies on the 7th day of October, 2010, the above was served

via the Court's ECF filing system to all counsel of record.


                                                            */s/ Virginia Stevens Crimmins*
                                                            Attorney for Plaintiff